United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13064-amc |
| Jose Leonardo Villegas Rojas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 05, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jose Leonardo Villegas Rojas, 5264 Jackson St, Philadelphia, PA 19124-1548 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2025　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Jose Leonardo Villegas Rojas help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| In re:<br><br>JOSE LEONARDO VILLEGAS ROJAS<br><br><br>Debtor(s), | Bankruptcy No: 25-13064<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |
|---|---|

**ORDER GRANTING MOTION TO EXTEND TIME**
**TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before September 11, 2025.

3. This case may be dismissed without further notice if the Schedules are not filed by September 11, 2025.

4. Any request for an extension of time must be filed on or before September 11, 2025.

DATE: Sept. 5, 2025

_____
Honorable Ashely M. Chan
U. S. Bankruptcy Judge