**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Jose Leonardo Villegas Rojas<br><br>                    Debtor(s)<br><br>PennyMac Loan Services, LLC, or its Successor or Assignee<br>                    Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Jose Leonardo Villegas Rojas<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 25-13064-amc |

## **OBJECTION TO PLAN**

PennyMac Loan Services, LLC ("Creditor") is a secured creditor of the above Debtor and by its counsel hereby objects to the Debtor's Chapter 13 Plan ("Plan") as follows:

1. Creditor is in the process of filing a Proof of Claim with respect to its secured interest in real property of the Debtor or of the estate which is commonly known as and located at 5264 Jackson Street, Philadelphia, Pennsylvania 19124 ("Property"); such Proof of Claim will indicate a principal balance in the amount of $291,547.30, and an arrearage claim in the amount of $2,766.26. The claims bar date is set for October 9, 2025.

2. Creditor objects as the Plan indicates that no arrears are due towards Creditor's claim.

3. Creditor objects as Debtor's Plan indicates that Creditor will receive no distribution from the Trustee.

4. Creditor objects as the Plan violates the provisions of 11 U.S.C. §1325(a)(3) and 11 U.S.C. §1325(a)(5)(B)(ii) to the extent that it fails to provide Creditor with the full value of its claim.

WHEREFORE, for the foregoing reasons, PennyMac Loan Services, LLC requests that an Order be entered denying confirmation of the Chapter 13 Plan and for such other and further relief as is just.

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for PennyMac Loan Services, LLC
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com