**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Jose Leonardo Villegas Rojas<br><br>             Debtor(s)<br><br>PennyMac Loan Services, LLC, or its Successor or Assignee<br>             Movant<br>     vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Jose Leonardo Villegas Rojas<br>             Respondent(s) | Chapter 13<br>Bankruptcy No. 25-13064-amc |

**ORDER**

Upon consideration of the objection of Creditor to confirmation of the Chapter 13 plan, and after notice and hearing, it is hereby

ORDERED that the objection is sustained.

BY THE COURT,

_____