**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Jose Leonardo Villegas Rojas<br><br>                           Debtor(s)<br><br>PennyMac Loan Services, LLC, or its Successor or Assignee<br>                           Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Jose Leonardo Villegas Rojas<br>                           Respondent(s) | Chapter 13<br>Bankruptcy No. 25-13064-amc |

**CERTIFICATION OF SERVICE OF OBJECTION TO PLAN**

    I, Andrew M. Lubin, attorney for PennyMac Loan Services, LLC, hereby certify that I served a true and correct copy of the foregoing Objection to Plan, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: September 10, 2025

| | | |
|---|---|---|
| Jose Leonardo Villegas Rojas<br>5264 Jackson St<br>Philadelphia, PA 19124-1548 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>Attorney for Debtor | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>Trustee |

Office of United State Trustee
Robert N.C. Nix Federal Building
900 Morket Street Suite 320
Philadelphia, PA 19107

        /s/ Andrew M. Lubin
        MARISA MYERS COHEN, ESQUIRE ID #87830
        ANDREW M. LUBIN, ESQUIRE ID # 54297
        Attorney for PennyMac Loan Services, LLC
        1420 Walnut Street, Suite 1501
        Philadelphia, PA 19102
        Telephone: (215) 790-1010
        Facsimile: (215) 790-1274
        Email: ecfmail@mwc-law.com