**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Jose Leonardo Villegas Rojas,<br><br>                                    Debtor. | Case No. 25-13064-AMC<br>Chapter 13 |

**Amended Certificate of Service**

I, Michael A. Cibik, certify that on November 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 13, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

| Method of Service | CM/ECF |
|---|---|

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
Chapter 13 Trustee Office
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**JPMorgan Chase Bank, N.A.**
National Bankruptcy Department
700 Kansas Lane, LA4-5599
Monroe, LA 71203

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Hayt, Hyat & Landau LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724

Huntington National Bank
Attn: Bankruptcy
P.O. Box 340996
Columbus, OH 43234

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Mariner Finance
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Atty. General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Dept. of Rev.
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PennyMac Loan Services, LLC**
P.O. Box 2410
Moorpark, CA 93020

P**ennsylvania** Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Portfolio Recovery Associates, LLC**
P.O. Box 41067
Norfolk, VA 23541

Reach Financial
Attn: Bankruptcy
180 Maiden Lane, Suite 2801
New York, NY 10038

Saylor, Amanda
5264 Jackson St
Philadelphia, PA 19124-1548

U.S. Attorney, **EDPA**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Fl
Des Moines, IA 50328