UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Jose Leonardo Villegas Rojas<br>              Debtor | Chapter 13<br>Bankruptcy No. 25-13064 |
| PennyMac Loan Services, LLC, or its Successor or Assignee<br>                    Movant<br>         vs.<br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Jose Leonardo Villegas Rojas<br>                    Respondents | Ref. No. 20 |

**PRAECIPE TO WITHDRAW PENNYMAC LOAN SERVICES, LLC'S OBJECTION TO CONFIRMATION OF PLAN**

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw PennyMac Loan Services, LLC's Objection to Confirmation of Plan at Docket No. 20, without prejudice.

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for PennyMac Loan Services, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com