# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Jose Leonardo Villegas Rojas<br>            Debtor<br><br>PennyMac Loan Services, LLC, or its Successor or Assignee<br>            Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Jose Leonardo Villegas Rojas<br>            Respondents | Chapter 13<br>Bankruptcy No. 25-13064<br><br><br><br><br>Ref. No. 20 |

## CERTIFICATION OF SERVICE

I, Andrew M. Lubin, attorney for the Movant, PennyMac Loan Services, LLC, hereby certify that I served a true and correct copy of the Praecipe to Withdraw PennyMac Loan Services, LLC's Objection to Confirmation of Plan, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date of Service: December 11, 2025

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Via United States Mail

Jose Leonardo Villegas Rojas
5264 Jackson St
Philadelphia, PA 19124
Via United States Mail

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
Via United States Mail

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for PennyMac Loan Services, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com