United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-13064-amc

Jose Leonardo Villegas Rojas     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Dec 19, 2025     Form ID: 155     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jose Leonardo Villegas Rojas, 5264 Jackson St, Philadelphia, PA 19124-1548 |
| 15035126 | | Amanda Saylor, 5264 Jackson St, Philadelphia, PA 19124-1548 |
| 15035135 | + | Hayt, Hyat & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15050745 | | JPMorgan Chase Bank,N.A., Adam B. Hall, Esquire, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15035141 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15035146 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15035150 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15050084 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2025 00:31:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15035127 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2025 00:31:10 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15035130 | | Email/Text: megan.harper@phila.gov | Dec 20 2025 00:26:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15041398 | | Email/Text: mrdiscen@discover.com | Dec 20 2025 00:25:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 15035128 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2025 00:31:05 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, LA4 - 4025, Monroe, LA 71203-4774 |
| 15035129 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2025 00:31:06 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15035131 | | Email/Text: bankruptcy@philapark.org | Dec 20 2025 00:26:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15035132 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2025 00:31:14 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15035133 | | Email/Text: mrdiscen@discover.com | Dec 20 2025 00:25:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15035134 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 20 2025 00:25:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15035136 | + | Email/Text: bankruptcy@huntington.com | Dec 20 2025 00:26:00 | Huntington National Bank, Attn: Bankrupty, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15035137 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2025 00:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 15050202 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2025 00:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15050747 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2025 00:31:05 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-6310, Monroe LA 71203-4774 |
| 15050429 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 20 2025 00:31:14 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix Arizona 85038-9505 |
| 15038322 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2025 00:31:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15035138 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2025 00:31:05 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15035139 | | Email/Text: bankruptcy@marinerfinance.com | Dec 20 2025 00:25:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15063017 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 20 2025 00:26:00 | PECO, 2301 Market St, 04 NW, Philadelphia, PA 19103-1380 |
| 15035140 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 20 2025 00:26:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15035145 | ^ | MEBN | Dec 20 2025 00:24:39 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15058811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2025 00:31:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15035142 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2025 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15035143 | ^ | MEBN | Dec 20 2025 00:24:46 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15048921 | + | Email/PDF: ebnotices@pnmac.com | Dec 20 2025 00:31:11 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15035147 | | Email/Text: bankruptcy@philapark.org | Dec 20 2025 00:26:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15035148 | ^ | MEBN | Dec 20 2025 00:24:49 | Reach Financial, Attn: Bankruptcy, 180 Maiden Lane, Suite 2801, New York, NY 10038-4968 |
| 15040837 | + | Email/Text: bankruptcy@huntington.com | Dec 20 2025 00:26:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 15035149 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 20 2025 00:26:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15035151 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 20 2025 00:31:05 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15055826 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 20 2025 00:31:05 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2025 | Form ID: 155 | Total Noticed: 38 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15035144 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| ANDREW M. LUBIN | on behalf of Creditor PennyMac Loan Services  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jose Leonardo Villegas Rojas help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jose Leonardo Villegas Rojas )  Case No. 25−13064−amc
 )
 )
   Debtor(s). )  Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 17, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court