## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13064** |
| **Jose Leonardo Villegas Rojas** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Jose Leonardo Villegas Rojas** | : | |
| **Amanda Nicole Saylor** | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | : | |

### NOTICE OF CHANGE OF ADDRESS

The law firm of MDK Legal hereby gives notice to the Court and all parties that the

address for JPMorgan Chase Bank, N.A. ("Creditor") as it relates to Claim No. 7 filed September

15, 2026 has changed. All notices, pleadings and other papers required or permitted to be served

or filed herein should be directed to new address for Creditor at the following:

NOTICE ADDRESS:
JP Morgan Chase Bank, N.A.
National Bankruptcy Department 700 Kansas Lane, LA4-5599
Monroe LA 71203

PAYMENT ADDRESS:
JP Morgan Chase Bank, N.A.
National Bankruptcy Department 700 Kansas Lane, LA4-6310
Monroe LA 71203

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611

25-023441_CDG

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-023441_CDG

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 25-13064** |
| **Jose Leonardo Villegas Rojas** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Jose Leonardo Villegas Rojas** | : | |
| **Amanda Nicole Saylor** | : | |
| **Scott F. Waterman** | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Change of Address

was filed electronically. Notice of this filing will be sent to the following parties through the

Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michael A. Cibik, Attorney for Jose Leonardo Villegas Rojas, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Jose Leonardo Villegas Rojas, 5264 Jackson St, Philadelphia, PA 19124-1548

Amanda Nicole Saylor, 19 Newberry Ln, Levittown, PA 19054

/s/ Adam B. Hall

25-023441_CDG