Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jose Leonardo Villegas-Rojas
5264 Jackson St
Philadelphia, PA 19124-1548

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-13064-AMC**

Petition Filed Date: 07/31/2025
341 Hearing Date: 09/05/2025
Confirmation Date: 12/17/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2025 | $968.00 | | 10/28/2025 | $968.00 | | 12/02/2025 | $859.00 | |
| 12/30/2025 | $859.00 | | 01/28/2026 | $859.00 | | 02/27/2026 | $859.00 | |
| 04/27/2026 | $859.00 | | 05/28/2026 | $859.00 | | 06/29/2026 | $859.00 | |
| 07/20/2026 | $859.00 | | | | | | | |

**Total Receipts for the Period: $8,808.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,667.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $5,383.00 | $5,383.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $802.60 | $16.79 | $785.81 |
| 2 | THE HUNTINGTON NATIONAL BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE NA SUCCESSOR TO DISCOVER<br>»» 003 | Unsecured Creditors | $6,733.86 | $140.83 | $6,593.03 |
| 4 | PENNYMAC LOAN SERVICES LLC<br>»» 004 | Mortgage Arrears | $2,766.26 | $2,766.26 | $0.00 |
| 5 | AMERICAN EXPRESS NATIONAL BANK<br>»» 005 | Unsecured Creditors | $1,472.60 | $30.80 | $1,441.80 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $17,528.10 | $366.57 | $17,161.53 |
| 7 | JP MORGAN CHASE<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $9,492.31 | $198.52 | $9,293.79 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $735.01 | $15.37 | $719.64 |
| 10 | PECO ENERGY COMPANY<br>»» 010 | Unsecured Creditors | $216.64 | $0.00 | $216.64 |
| 11 | CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MARINER FINANCE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-13064-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | REACH FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,667.00 | Current Monthly Payment: | $859.00 |
| Paid to Claims: | $8,918.14 | Arrearages: | ($968.00) |
| Paid to Trustee: | $744.34 | Total Plan Base: | $49,931.00 |
| Funds on Hand: | $4.52 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.